IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS V. BLEDSOE, (AIS # 276440) | * * * | |
| Plaintiff, | * * | |
| vs. | * * | CIVIL ACTION 14-00028-KD-C |
| BRENDA KING, et al., | * * | |
| Defendants. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation (Doc. 4) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 12, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE** this 2nd day of May 2014.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE